**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| VAN HORN, METZ & CO., INC., | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiff, | : | 3:21-cv-01128 |
| | : | |
| v. | : | |
| | : | |
| CHRISTINE CRISAFULLI, and | : | **CERTIFICATION OF THOMAS B.** |
| JOHN and JANE DOES 1-10, | : | **FIDDLER IN SUPPORT OF** |
| | : | **PLAINTIFF'S MOTION FOR A** |
| | : | **PRELIMINARY INJUNCTION** |
| Defendants. | : | |
| | : | |

I, Thomas B. Fiddler, an attorney-at-law of the State of New Jersey, of full age, certify as follows:

1.     I am an attorney-at-law in the State of New Jersey and a partner with the law firm of White and Williams LLP.  I represent plaintiff Van Horn, Metz & Co., Inc. ("Van Horn Metz") in connection with the above-captioned matter and I am fully familiar with the facts certified herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the Verified Complaint.

3.     Attached hereto as Exhibit B is the Declaration of Giorge Dalaperas pursuant to 28 U.S.C. § 1746 in support of Van Horn Metz's motion for a preliminary injunction.

4.     Attached hereto as Exhibit C is the Declaration of Cathy Stevens pursuant to 28 U.S.C. § 1746 in support of Van Horn Metz's motion for a preliminary injunction.

5.     Attached hereto as Exhibit D is the Preliminary Forensic Investigation Report by Stephen J. Scherf, CPA/CFF, CFE dated January 21, 2021.

*[signature on next page]*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 25, 2021

WHITE AND WILLIAMS LLP

BY:   /s/ Thomas B. Fiddler
Thomas B. Fiddler
Natalie B. Molz
One Liberty Place
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395
Phone: 215.864.7000
fiddlert@whiteandwilliams.com
molzn@whiteandwilliams.com

Attorneys for Plaintiff
Van Horn, Metz & Co., Inc.

26497190v.1