# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VAN HORN, METZ & CO., INC., | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : |
| CHRISTINE CRISAFULLI, and JOHN and JANE DOES 1-10, | : |
| Defendants. | : |

**DECLARATION OF GIORGE DALAPERAS PURSUANT TO 28 U.S.C. § 1746**

I, Giorge Dalaperas, hereby declare as follows:

1.  I am an adult individual and have first-hand knowledge of the facts set forth herein.

2.  I am the Supply Chain Manager at Van Horn, Metz & Co., Inc. ("Van Horn Metz"), a position I have held since May 2018. In that capacity I am responsible for strategic buying for the company, as well as forecasting and inventory management.

3.  Prior to becoming the Supply Chain Manager, I worked at Van Horn Metz as a purchasing and logistics intern for a five-month period. As such, I have been with Van Horn Metz for a total of roughly three years, since January 2018.

4.  I have known Anthony Crisafulli since January 2018 when I first began working at Van Horn Metz.

5.  Anthony was my superior, and on a day-to-day basis I would go to him with my accounting questions and to discuss Human Resources-related matters.

6.	I also interacted with Anthony on a personal level. At times, we discussed our shared hobby of coin collecting. Anthony informed me that his coin collection was valued at $2.5 million if each coin was sold by itself.

7.	I also recall Anthony telling me that he bought a coin worth roughly $65,000 in January or February 2020.

8.	I last saw Anthony on Thursday, October 15, 2020 when he left the office for the evening with his briefcase and company laptop. I later learned that he was admitted to the hospital and subsequently passed away.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 21, 2021.

*[signature]*

GIORGE DALAPERAS