# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VAN HORN, METZ & CO., INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CHRISTINE CRISAFULLI, and JOHN and JANE DOES 1-10, | : | |
| Defendants. | : | |

### DECLARATION OF CATHY STEVENS PURSUANT TO 28 U.S.C. § 1746

I, Cathy Stevens, hereby declare as follows:

1. I am an adult individual and have first-hand knowledge of the facts stated herein.

2. I am the Accounts Payable Manager at Van Horn, Metz & Co., Inc. ("Van Horn Metz"), a position I have held since October 2019.

3. Anthony Crisafulli interviewed and hired me for the Accounts Payable Manager position. He also trained me on Van Horn Metz's account processes and system in the year that I knew him.

4. During that time, I was told that if I had any issues that I should report to Anthony. I was responsible for the company credits, whereas Anthony was responsible for the company debits.

5. During the course of the time that I worked with Anthony, he told me that he was a coin collector and that he had a coin that was worth $35,000.

6. When Anthony got sick in October 2020, I took over his job of handling payroll and recording what was being paid out by Van Horn Metz.

26481424v.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 21, 2021.

_____
CATHY STEVENS