# Exhibit D

CONFIDENTIAL

# VAN HORN METZ

---

# ANALYSIS OF MISAPPROPRIATIONS BY FORMER CONTROLLER

---

Preliminary Forensic Investigation Report
by
Stephen J. Scherf, CPA/CFF, CFE
January 21, 2021



# TABLE OF CONTENTS

1. BACKGROUND .................................................................................................. 2

2. BASIS FOR ANALYSIS ...................................................................................... 2

3. ANALYSIS .......................................................................................................... 3

   3.1. MISAPPROPRIATION VIA EXCESS COMPENSATION ...................................... 3

   3.2. MISAPPROPRIATION VIA IMPROPER ACH TRANSFERS ................................ 4

   3.3. MISAPPROPRIATION VIA IMPROPER USE OF COMPANY CREDIT CARD ....... 5

4. CONCLUSION ..................................................................................................... 6



*www.asterion-consulting.com*

1617 JFK Boulevard
Suite 1040
Philadelphia, PA 19103

*t* 215 893 9901
*f* 215 893 9903

**CONFIDENTIAL**

# ANALYSIS OF MISAPPROPRIATIONS BY FORMER CONTROLLER

White and Williams LLP ("Counsel") have engaged me on behalf of its client Van Horn, Metz & Co., Inc. ("Van Horn, Metz" or "Company"") to perform certain forensic accounting analyses. This is a preliminary report of findings to date.  The forensic accounting analysis and investigation is ongoing, which may lead to additional documented instances of misappropriation of corporate assets and funds by the former Controller.

This report sets out the results of our analysis structured as follows:

1.    Background
2.    Basis for Analysis
3.    Analysis
4.    Conclusions
        Appendix
        Exhibit

## 1. BACKGROUND

Van Horn, Metz was incorporated in 1950 as a result of a partnership between Harold Van Horn and Donald Metz, both of whom had worked closely in Government paint formulation during War World II. This provided the foundations upon which Van Horn, Metz has grown to become one of the leading distributors in North America.

The company's growth is reflected today in a strong customer base served by a team of technical experts, strategically located across the central and eastern US – from Nebraska to North Carolina, and Michigan to Mississippi. With an ever-growing sales force spanning many states, customers are guaranteed regional focus and attention. The logistics and warehouse capabilities include 12 warehouses and six sales offices that allow Van Horn, Metz to effectively source globally.

Anthony Crisafulli, the Controller of Van Horn, Metz recently became ill and passed away. Subsequent to his illness, certain accounting improprieties, including unauthorized transfers and other unauthorized transactions, were discovered. As previously noted, this is a preliminary report of findings to date. The analysis and investigation is ongoing, which may lead to additional documented instances of misappropriation of corporate assets and funds by the former Controller.

## 2. BASIS FOR ANALYSIS

The analysis and opinions in this report are based upon my education, my experience in performing similar financial forensic analyses, the information and documentation produced in the matter, and accepted forensic accounting methodologies and approaches. I am a Principal and founding member of Asterion, a consulting firm that provides financial and economic consulting services along four integrated service lines: Forensics, Valuation, Intellectual Property and Performance Improvement. I have been qualified and have presented testimony on numerous occasions, including the presentation of financial forensic analyses in courts throughout the United States. I am a Certified Public Accountant, Certified in Financial Forensics and a Certified Fraud Examiner. I have a Master of Science with a concentration in Finance and an Advanced Professional

Certificate in Taxation. Attached, as *Appendix A*, is my current *curriculum vitae* and information concerning my testimony history, publications and speaking engagements.

My analysis was based primarily on our forensic analysis of company records corroborated with third party sources.  In addition, I performed certain internet research in preparing my opinion. The documents and information utilized are the types of documents and information experts in our field typically rely upon in performing such an analysis.  I, and others under my direct supervision, have performed the analysis contained in this report with the information available to date. Accordingly, I reserve the right to amend this analysis and report should additional or updated information become available.  When I testify at trial, I may illustrate my testimony with demonstrative aids such as graphs, charts and/or slides.

Our firm is being compensated on a non-contingent basis.  My current hourly rate is $495 per hour.

This report has been prepared in connection with attempts to recover the funds misappropriated and should not be used for any other purpose without our express written consent.

## 3. ANALYSIS

This section addresses:  (1) Misappropriation via excess compensation (2) Misappropriation via improper ACH transfers identified to date and (3) Misappropriation via improper use of Company credit card.

### 3.1. MISAPPROPRIATION VIA EXCESS COMPENSATION

As the Controller, Anthony Crisafulli was entitled to compensation in the form of a base salary and a discretionary bonus, which was awarded by the Company.  I obtained the specific, approved bonuses from the President, Barry Fisher.  Starting in April 2017, Anthony Crisafulli was paid a $700 per month auto allowance.

CONFIDENTIAL

A review of payroll records indicate that Anthony Crisafulli misappropriated funds in the form of unauthorized commissions, unauthorized base salary increases and unauthorized bonus payments. Every commission payment was unauthorized since given his position in the organization; he was not entitled to receive commissions. *Table 1* summarizes payments Anthony Crisafulli received as wages from 2012 through his death in 2020. The amounts are compared to his proper compensation to quantify the misappropriation.

**Table 1 – Misappropriated Compensation**

| Year | Regular | Commission | Bonus | Total Paid | Proper Regular and Bonus Compensation |
|------|---------|-----------|-------|-----------|----------------------------------------|
| 2012 | $68,274 | $116,000 | $14,500 | $198,774 | $82,774 |
| 2013 | 69,951 | 110,500 | 19,500 | 199,951 | 89,451 |
| 2014 | 68,654 | 105,000 | 29,391 | 203,045 | 98,045 |
| 2015 | 84,116 | 109,046 | 15,638 | 208,800 | 90,962 |
| 2016 | 112,310 | 82,000 | 40,921 | 235,231 | 120,192 |
| 2017 | 126,211 | 80,348 | 43,500 | 250,059 | 131,423 |
| 2018 | 125,000 | 83,000 | 35,500 | 243,500 | 146,712 |
| 2019 | 157,290 | 72,173 | 40,168 | 269,631 | 168,423 |
| 2020YTD | 126,923 | 60,231 | 62,350 | 249,504 | 110,577 |
| Totals | | | | 2,058,495 | $1,038,559 |

As can be seen in *Table 1*, Anthony Crisafulli was paid $2,058,495, when his proper compensation was $1,038,559. As a result, Anthony Crisafulli's misappropriated compensation is $1,019,936.

### 3.2. MISAPPROPRIATION VIA IMPROPER ACH TRANSFERS

Anthony Crisafulli made unauthorized ACH transfers from Van Horn, Metz's PNC Bank account, ending in 2233, to Chase Credit Crd Comp ID: 5760039224 Customer Name: Crisafulli Antonino J. Each payment was unauthorized and not for a valid business purpose. Employees who are required to incur expenses on behalf of the Company are provided with a Company credit card. Anthony Crisafulli was provided with a Bank of America card for that specific purpose. He

utilized that card for authorized[1] expenditures including office supplies, groceries for the office, etc. There are no receipts or other supporting documentation for these Chase Credit Card ACH transfers/expenditures and both Company and IRS guidelines require that supporting documents be maintained in the ordinary course of business.  The payments thus represent a misappropriation of assets used to pay his personal Chase credit card.  *Table 3* summarizes the unauthorized transfers, totaling $3,333,618, by year starting in 2013.[2]

### Table 3 – Improper ACH Transfers[3]

| Year | Amount |
|------|--------|
| 2013 | $247,418 |
| 2014 | 386,625 |
| 2015 | 318,590 |
| 2016 | 439,500 |
| 2017 | 680,044 |
| 2018 | 470,041 |
| 2019 | 480,500 |
| 2020 | 310,900 |
| Total | $3,333,618 |

### 3.3. MISAPPROPRIATION VIA IMPROPER USE OF COMPANY CREDIT CARD

Anthony Crisafulli was provided with a Bank of America credit card to use for company purposes. Using his position as Controller, Anthony Crisafulli improperly incurred certain expenses and in violation of Company Policy did not keep receipts of such expenditures among the corporate records.  While we have identified certain improper transactions, we have not quantified those losses at this time since our investigation is continuing.

---

[1] Anthony Crisafulli also utilized the Bank of America Company card for unauthorized purposes, see *Section 3.3*.
[2] Details of the ACH transfers are shown in *Exhibit 1*.
[3] The Company identified these transfers shortly after Anthony Crisafulli's death and was able to reverse the August, September and October 2020 transactions totaling $145,000.  As a result, these ACH transfers have been excluded from the forensic accounting analysis.

## 4. CONCLUSION

Based on the foregoing analysis, it is my opinion within a reasonable degree of professional certainty that misappropriations quantified to date are $4,353,554, which are summarized in *Table 4* below. *Table 4* does not include amounts for the improper use of the Company credit card as that investigation is continuing.

**Table 4 – Summary of Misappropriations Quantified to Date[4]**

| Description | Amount |
|---|---|
| Excess Compensation | $1,019,936 |
| Improper ACH Transactions | 3,333,618 |
| Total | $4,353,554 |

Stephen J. Scherf, CPA/CFF, CFE

---

[4] The analysis and investigation is ongoing, which may lead to additional documented instances of misappropriation of corporate assets and funds by the former Controller.

**Appendix A**



*www.asterion-consulting.com*

ASTERION

PHILADELPHIA

1617 JFK Boulevard        *t*  215 893 9901
Suite 1040                *f*  215 893 9903
Philadelphia, PA 19103

NEW YORK

575 Lexington Avenue      *t*  646 495 9340
4th Floor
New York, NY 10022

## Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CGMA, CICA, CIRA, CTP, CVA
### Principal

sscherf@asterion-consulting.com

**Biography**

Mr. Scherf has provided a wide array of accounting and consulting services to clients with an emphasis on business valuations, fraud investigations, bankruptcy, and litigation matters.  Mr. Scherf has testified on numerous occasions in arbitrations, depositions and Federal Court.  Mr. Scherf has taught for the American Institute of Certified Public Accountants, The National Association of Certified Valuators & Analysts and other professional organizations.

Mr. Scherf's employment experience includes "Big Four," regional and a "boutique" accounting firm.  In the private sector, Mr. Scherf held officer positions at a $2.5 billion financial institution, a major real estate developer and an investment firm.

**Professional Memberships**

- FINRA Public Arbitrator
- American Institute of Certified Public Accountants
- Pennsylvania Institute of Certified Public Accountants
- Turnaround Management Association

- National Association of Certified Valuators & Analysts
- Association of Certified Fraud Examiners
- Association of Insolvency and Restructuring Advisors
- Institute for Internal Controls

**Education**

Mr. Scherf has a B.B.A. in Accounting from Temple University (1980) and a Master of Science in Finance (1986) and an Advanced Professional Certificate in Taxation (1987) from Drexel University.  His education has been supplemented by various continuing education courses offered by a variety of professional organizations.  He has spoken before professional and educational groups on various aspects of business valuation, litigation consulting, fraud investigations and economic damages.



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2020 | Court of Common Pleas<br>Dauphin County, PA | Trial | In Re: Estate of Ann P. Vonneuman, Deceased |
| 2020 | Superior Court<br>State of Delaware | Deposition | Bobcat North America, Inc. v. Inland Waste Services,  et al. |
| 2020 | United States District Court<br>Eastern District of Pennsylvania | Deposition | Kenneth Segal et al. v. Strausser Enterprises, Inc. et al. |
| 2020 | Court of Chancery<br>State of Delaware | Deposition | BrandRep LLC et al. v. Chad Ruskey, et al. |
| 2019 | United States District Court<br>Eastern District of Pennsylvania | Trial | United States of America. v. Anmol Simgh Kamra |
| 2019 | Private Arbitration<br>Philadelphia, PA | Arbitration | Greate Golf Properties, LLC v,. Plantation Bay Resorts, LLC et al. |
| 2019 | Court of Common Pleas<br>Philadelphia, PA | Trial | Fernando Cozza v. Nickolas W. Jekogian, III et al. |
| 2019 | Court of Common Pleas<br>Montgomery County, PA | Arbitration | Galan v. Wilson |
| 2019 | Superior Court of New Jersey<br>Monmouth County, New Jersey | Deposition | Craig Conlon v. Enterprise Mobility Solutions, LLC, et al |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2019 | Superior Court of New Jersey<br>Camden County, New Jersey | Deposition | Integrated Laminate Systems, Inc. v. Fessenden Hall, Inc. et al |
| 2019 | Court of Common Pleas<br>Montgomery County, PA | Arbitration | In Re: Particle Size Technology, Inc. |
| 2019 | Court of Common Pleas<br>Philadelphia, PA | Trial | In Re: The Estate of Regina Haber |
| 2019 | Superior Court of Arizona<br>County of Maricopa | Deposition | FPT v. Brookfield Equinox, LLC et al. |
| 2019 | Superior Court of New Jersey<br>Sussex County, New Jersey | Deposition | Lakeland Bancorp, Inc. v. Grant Thornton LLP, et al |
| 2019 | United States District Court<br>Eastern District of Pennsylvania | Deposition | Universal Atlantic Systems, Inc. v. Honeywell International, Inc. |
| 2018 | Court of Common Pleas<br>Bucks County, PA | Trial | Ilona Soyfertis v. Vlada Rubarkh et al. |
| 2018 | Court of Common Pleas<br>Hamilton County, OH | Deposition | 3B Enterprises, LLC v. National Processing Company et al.<br>et al. |
| 2018 | Court of Common Pleas<br>Philadelphia, PA | Trial | In Re: The Estate of Suzanne Gross. |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2018 | Court of Common Pleas<br>Delaware County, PA | Trial | Diversified Holdings Corporation LLC v. The County of Delaware et al. |
| 2018 | Court of Common Pleas<br>Philadelphia, PA | Trial | Craig Steltz v. Vincera Core Physicians et al. |
| 2018 | Superior Court of New Jersey<br>Ocean County, NJ | Hearing | Estate of Lee Harris |
| 2018 | United States Bankruptcy Court<br>Eastern District of Pennsylvania | Deposition | In Re: Image Masters.<br>Lynn Feldman, Trustee v. ABN AMRO Mortgage Group, Inc. et al. |
| 2018 | Court of Common Pleas<br>Montgomery County, PA | Trial | Joseph Evans v. Susan Evans |
| 2018 | Court of Common Pleas<br>Berks County, PA | Trial | Kenneth and Christine Brice v. Kim Bauer |
| 2018 | Superior Court of New Jersey<br>Gloucester County, NJ | Trial | Tony Luke, Inc. v. TR Worldwide Phillyfood, LLC |
| 2017 | American Arbitration Association<br>Clarks Summit, PA | Arbitration | Paul Murray v. Valor Federal Credit Union |
| 2017 | Court of Common Pleas<br>Luzerne County, PA | Trial | William Seltzer. v. Butler Enterprises, Inc. et al. |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2017 | Court of Chancery<br>State of Delaware | Trial | Triple H Family Limited Partnership v. Jerry Neal |
| 2017 | United States Bankruptcy Court<br>Eastern District of Pennsylvania | Deposition | In Re: Image Masters.<br>Lynn Feldman, Trustee v. ABN AMRO Mortgage Group, Inc. et al. |
| 2017 | Court of Chancery<br>State of Delaware | Deposition | Triple H Family Limited Partnership v. Jerry Neal |
| 2017 | JAMS Arbitration<br>Philadelphia, PA | Arbitration | Gary Barbera et al. Thomas Hessert et al. |
| 2017 | United States Bankruptcy Court<br>District of New Jersey (Camden) | Trial | Customers Bank v. Roman Osadchuk. |
| 2017 | Superior Court of New Jersey<br>Mercer County | Deposition | Mitchell L. Sussman v. Gold Gerstein Group, LLC et al. |
| 2017 | Court of Common Pleas<br>Philadelphia, PA | Trial | Neil Chesen et al. v. Sonya Bright |
| 2017 | Superior Court of New Jersey<br>Cape May County, NJ | Deposition | Michael McDonald et al. v. City of Wildwood |
| 2017 | United States District Court<br>Eastern District of Pennsylvania | Trial | Dalmatia Import Group, Inc. et al. v. FoodMatch, Inc. et al. |



## Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
### Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2017 | United States District Court<br>Eastern District of Pennsylvania | Deposition | New Spring Mezzanine Capital II, LP  v. Baxter McClindon Hayes et al. |
| 2017 | Court of Common Pleas<br>Bucks County, PA | Trial | Dawn Meadows v. Kevin Meadows |
| 2016 | United States District Court<br>Eastern District of Pennsylvania | Deposition | Dalmatia Import Group, Inc. et al. v. FoodMatch, Inc. et al. |
| 2016 | Court of Common Pleas<br>Northampton County, PA | Trial | Thomas B. Walden, M.D. v. Northampton Hospital Corporation d/b/a Eastion Hospital et al. |
| 2016 | Superior Court of New Jersey<br>Burlington County | Deposition | Assigned Credit Solutions, Inc. v. AmeriGas Propane, L.P. |
| 2016 | United States District Court<br>District of Delaware | Trial | Air Products and Chemicals, Inc. v. Eric P. Wiesemann et al. |
| 2016 | Superior Court of New Jersey<br>Camden County | Deposition | Customers Bank v. Capital Financial Management Corp. et al. |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Publications

| <u>*Date*</u> | <u>*Publication*</u> | <u>*Title*</u> |
|------|-------------|-------|
| 2016 | Law360 | *Using a Commercial Success Declaration in an IPR* |
| 2011 | National Litigation Consultant's Review | *Fair Value Accounting's Impact on Damages* |
| 2010 | National Litigation Consultant's Review | *Business Valuation in the "But For" World* |



## Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
### Rule 26 Disclosure – Speaking Engagements

| *Date* | *Description* | *Location* |
|---|---|---|
| 2016 | Pennsylvania Bar Institute<br>Advanced Piercing the Corporate Veil | Philadelphia, PA |
| 2015 | Pennsylvania Bar Institute<br>Tales from the Shareholder Wars | Philadelphia, PA<br>Mechanicsburg, PA |
| 2015 | Pennsylvania Bar Institute<br>Minority Shareholder Freeze out Litigation | Philadelphia, PA |
| 2015 | Pennsylvania Bar Institute<br>Commercial Litigation Institute – Damages and Remedies | Philadelphia, PA |
| 2015 | National Business Institute<br>Handling the Sale of a Business | Philadelphia, PA |
| 2014 | National Association of Certified Valuation Analysts<br>Solvency and Insolvency Testing | Webinar |
| 2014 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | New Orleans, LA |
| 2014 | Pennsylvania Institute of Certified Public Accountants<br>AICPA Testing for Goodwill Impairment Guide | Philadelphia, PA |
| 2014 | Montgomery County Bar Association<br>Intersection of Forensic Accounting and Bankruptcy | Norristown, PA |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Speaking Engagements

| *Date* | *Description* | *Location* |
|---|---|---|
| 2013 | Rutgers School of Law<br>Business Divorce | Camden, NJ |
| 2013 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Chicago, IL |
| 2013 | Pennsylvania Bar Institute<br>Advanced Piercing the Corporate Veil | Philadelphia, PA |
| 2013 | Accounting for Lawyers<br>Schnader Harrison Segal & Lewis LLP | Philadelphia, PA |
| 2013 | Pennsylvania Bar Institute<br>Business Divorce | Mechanicsburg, PA |
| 2012 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Philadelphia, PA |
| 2011 | Pennsylvania Institute of Certified Public Accountants<br>Ethics and Other Issues – An Update | Valley Forge, PA |
| 2011 | Pennsylvania Institute of Certified Public Accountants<br>Impairment Testing for Financial Reporting | Harrisburg, PA |
| 2011 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Orlando, FL |



## Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
### Rule 26 Disclosure – Speaking Engagements

| *Date* | *Description* | *Location* |
|---|---|---|
| 2011 | National Business Institute<br>Accounting 101 for Attorneys | Allentown, PA |
| 2010 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Chicago, IL |
| 2010 | Pennsylvania Institute of Certified Public Accountants<br>Fair Value Measurements | Harrisburg, PA |
| 2010 | American Society of Appraisers - Southern<br>New Jersey Chapter<br>Lost Profits and Business Destruction Damage Claims | Cherry Hill, NJ |
| 2010 | Office of Auditor Accounts – State of DE<br> The Expert's Role and Testimony | Dover, DE |
| 2009 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Jersey City, NJ |
| 2009 | Pennsylvania Institute of Certified Public Accountants<br>Financial Institutions Conference<br>Valuation and SFAS 141R | Hershey, PA |
| 2009 | Montgomery County Bar Association and the Greater<br>Philadelphia Chapter of the PICPA – Strategies for<br>Clients in the Current Economic Crisis | Norristown, PA<br>Philadelphia, PA |

**Exhibit 1**

**Van Horn Metz**
**Unauthorized ACH Transfers**
**Exhibit1**

| Date of Transfer | EPAY Company Name | Company ID | Posting A/C | Customer Name | Amount | Subtotal by Year |
|---|---|---|---|---|---|---|
| 1/28/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,701 | |
| 2/25/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $23,989 | |
| 3/22/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,097 | |
| 4/22/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,664 | |
| 7/9/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,048 | |
| 8/12/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,496 | |
| 9/11/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,004 | |
| 10/15/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,241 | |
| 11/7/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,606 | |
| 12/10/2013 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,572 | $247,418 |
| 1/6/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,053 | |
| 2/3/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,582 | |
| 3/3/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,835 | |
| 3/25/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,523 | |
| 4/4/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,700 | |
| 5/2/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,500 | |
| 5/23/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $23,522 | |
| 6/10/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,101 | |
| 6/24/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $24,072 | |
| 7/7/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,463 | |
| 8/4/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $33,275 | |
| 9/23/2004 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 11/6/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 12/16/2014 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | $386,625 |
| 1/7/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 2/6/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 3/2/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 4/16/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 6/3/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 7/14/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 9/3/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 10/13/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $15,190 | |
| 11/10/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $27,000 | |
| 12/4/2015 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $31,400 | $318,590 |
| 1/6/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 2/8/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 3/1/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 4/7/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |
| 5/2/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,500 | |
| 6/1/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $36,500 | |
| 7/1/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $38,000 | |
| 8/2/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $37,500 | |
| 9/2/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $39,000 | |
| 10/4/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $36,000 | |
| 11/14/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $38,500 | |
| 12/7/2016 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $38,500 | $439,500 |
| 1/9/2017 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $38,500 | |
| 2/3/2017 | CHASE | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $36,600 | |
| 3/10/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $39,500 | |
| 4/10/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $39,000 | |
| 5/10/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $41,740 | |
| 6/2/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $41,700 | |
| 6/23/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,872 | |
| 7/3/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $41,000 | |
| 7/24/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,000 | |
| 8/3/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $42,000 | |
| 8/15/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $27,902 | |
| 9/1/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $41,980 | |
| 9/15/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $36,000 | |
| 10/2/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $44,000 | |
| 10/11/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,000 | |

**Van Horn Metz**
**Unauthorized ACH Transfers**
**Exhibit1**

| Date of Transfer | EPAY Company Name | Company ID | Posting A/C | Customer Name | Amount | Subtotal by Year |
|---|---|---|---|---|---|---|
| 11/1/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $49,500 | |
| 12/4/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $25,000 | |
| 12/4/2017 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $49,750 | $680,044 |
| 1/12/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $42,898 | |
| 2/16/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $35,913 | |
| 3/12/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $30,700 | |
| 4/5/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $40,000 | |
| 5/4/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $38,000 | |
| 6/5/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $36,530 | |
| 6/18/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $20,000 | |
| 7/9/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $40,000 | |
| 8/6/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $27,000 | |
| 9/4/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $40,000 | |
| 10/2/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $37,500 | |
| 11/2/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $42,500 | |
| 12/3/2018 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $39,000 | $470,041 |
| 1/4/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $42,000 | |
| 2/4/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $41,500 | |
| 3/5/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $38,500 | |
| 4/5/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $40,000 | |
| 5/6/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $33,000 | |
| 6/3/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $40,000 | |
| 7/2/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $40,500 | |
| 8/5/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $40,500 | |
| 9/4/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $42,000 | |
| 10/4/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $34,000 | |
| 11/4/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $45,500 | |
| 12/2/2019 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $43,000 | $480,500 |
| 1/3/2020 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $43,500 | |
| 2/3/2020 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $46,500 | |
| 3/2/2020 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $44,000 | |
| 4/2/2020 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $44,500 | |
| 5/4/2020 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $43,000 | |
| 6/2/2020 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $44,900 | |
| 7/2/2020 | CHASE CREDIT CRD | 5760039224 | 8611772233 | CRISAFULLI, ANTONINO J | $44,500 | $310,900 |
| | | | | | $3,333,618 | $3,333,618 |