IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VAN HORN, METZ & CO., INC., | CIVIL ACTION NO.: |
| Plaintiff, | 3:21-cv-01128 |
| v. | |
| CHRISTINE CRISAFULLI, and JOHN and JANE DOES 1-10, | **ORDER FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

**THIS MATTER**, having been brought before the Court by plaintiff Van Horn, Metz & Co., Inc. ("Plaintiff" or "Van Horn Metz"), through its counsel, by way of an application for an Order to Show Cause seeking preliminary injunctive relief pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, and upon consideration of the Verified Complaint, Certification of Thomas B. Fiddler, and Memorandum of Law submitted therewith, and any response thereto, this Court having determined that:

1. Van Horn Metz has shown a reasonable likelihood of prevailing on the merits of some or all of its claims for unjust enrichment, conversion, fraudulent transfer, and aiding and abetting breach of fiduciary duty;

2. Van Horn Metz will suffer immediate and reparable harm if the requested relief is not granted; and

3. the balance of hardships and the public interest favors the requested relief and prohibiting defendant Christine Crisafulli from benefiting from Anthony Crisafulli's embezzlement;

26504003v.1

-2-

**IT IS** on this _____ day of _____, 2021;

**ORDERED**, as follows:

1. Defendant Christine Crisafulli, together with any persons who are in active concert or participation with defendant Christine Crisafulli, are prohibited and enjoined from:

    (a) spending, conveying, or otherwise transferring the $4,353,554 in funds Antonino J. Crisafulli embezzled from Van Horn Metz; and

    (b) selling, transferring, encumbering and/or otherwise disposing of any assets owned or possessed which were paid for, in whole or in part, by the $4,353,554 in funds unlawfully obtained from Van Horn Metz by Antonino J. Crisafulli.

2. A constructive trust is placed on all assets, bank accounts, and real property owned or possessed by defendant Christine Crisafulli to the extent necessary to preserve money and collateral in an amount equal to at least that which Antonino J. Crisafulli stole from Van Horn Metz, currently estimated to be in excess of $4,353,554, including:

    (a) the coin collection worth an estimated $2.5 million;

    (b) the property and home located at 35 Bullard Drive, Lavallette, New Jersey 08735;

    (c) the property and home located at 27010 Bay Bluff Road, Selbyville, Delaware 19975;

    (d) the sports memorabilia collection; and

    (e) any jewelry purchased with money stolen from Van Horn Metz.

3. Not later than five (5) days from the date on which this Order is entered, defendant Christine Crisafulli shall return any and all information or property belonging to Van Horn Metz in her possession, including the laptop computer possessed by her late husband at the

-3-

time of his death (HP Elitebook X360 1040G, Model number: 8EQ15UTABA), or otherwise submit a declaration verifying that the laptop is not in her possession, custody, or control.

      **IT IS FURTHER ORDERED** that the bond requirement set forth by Federal Rule of Civil Procedure 65 is hereby waived.

BY THE COURT:

_____
, U.S.D.J.