## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VAN HORN, METZ & CO., INC., | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:21-cv-01128-FLW-LHG |
| v. | : | |
| CHRISTINE CRISAFULLI, and JOHN and JANE DOES 1-10, | : | |
| Defendants. | : | |

### ORDER

**THIS MATTER** comes before the Court on a Motion for Expedited Discovery filed by Thomas Fiddler, Esq., counsel for Plaintiff Van Horn, Metz & Co., Inc.; it appearing that on March 15, 2021, the Court held a conference call on the issue of expedited discovery; it appearing that during the March 15, 2021 conference, Thomas DeNoia, Esq., counsel for Defendant Christine Crisafulli, indicated Defendant's opposition to the Motion; it appearing that the Court finds that certain discovery is necessary before the Court may render a decision on Plaintiff's request for a preliminary injunction, and good cause otherwise shown,

**IT IS** this 16th day of March, 2021,

**ORDERED** that Plaintiff's Motion for Expedited Discovery is granted; and it is further

**ORDERED** that Plaintiff shall serve any discovery request on Defendant Christine Crisafulli within one (1) day of the entry of this Order; and it is further

**ORDERED** that Defendant shall respond to Plaintiff's expedited discovery requests and produce all responsive documents within thirty (30) days of receipt of Plaintiff's discovery requests; and it is further

-2-

**ORDERED** that any discovery dispute shall be sent to the attention of the Magistrate Judge; and it is further

**ORDERED** that Plaintiff shall file supplemental briefing on its request for a preliminary injunction within two weeks of the conclusion of the expedited discovery; Defendant may respond to Plaintiff's supplemental briefing within one week of the service thereof.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge